IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CR3015 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CRESTON LEE CHRISTLIEB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

(1)     The defendant's unopposed motion to continue sentencing (Filing 42), currently set for July 29, 2016, is granted.

(2)     The defendant's sentencing is continued to Wednesday, September 21, 2016, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3)     The defendant's motion to strike (Filing 41) the erroneously filed motion to continue sentencing (Filing 40) is granted, and Filing 40 is stricken as filed in error.

DATED this 28th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge