IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTON LEE CHRISTLIEB,<br><br>Defendant. | 4:16CR3015<br><br>ORDER |

IT IS ORDERED that the Plaintiff's Motion to Dismiss (Filing 92) the Amended Petition for Action on Offender Under Supervision (Filing 69) is granted. The August 18, 2020, revocation hearing is canceled.

Dated this 5th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge